[Civil No. 912.]

R. J. AREY, Petitioner, v. HENRY F. ASHURST, as District Attorney of Coconino County, Territory of Arizona, Respondent.

PETITION for Writ of Mandamus.

T. J. Norton, for Petitioner.

E. M. Doe, for Respondent.

January 9, 1906. Peremptory writ of *mandamus* issued.

———

[Civil No. 953.]

L. I. SINGLETON WINDMILLER, Appellant, v. CHARLES T. MARTIN, Administrator, et al., Appellees.

APPEAL from the District Court of the Fifth Judicial District in and for the County of Gila. Geo. R. Davis, Judge.

O. C. Sharp, for Appellant.

Geo. R. Hill, for Appellees.

January 9, 1906. Affirmed.

———

[Civil No. 954.]

EZRA C. BARTLETT, Appellant, v. ALBERT STEINFELD, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. John H. Campbell, Judge.

Eugene S. Ives, for Appellant.

No appearance for Appellee.

January 9, 1906. Affirmed.